UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL AARON KAMBERGER,

                      Petitioner,

    v.

SCOTT FRAKES,

                      Respondent.

No. C11-5465 BHS/KLS

ORDER REGARDING PROPER RESPONDENT AND BRIEFING SCHEDULE

Mr. Kamberger has filed a letter with the Clerk regarding the proper Respondent to be named in his petition for writ of habeas corpus. He also inquires as to the time frame for the filing of the State's response and his reply. ECF No. 15. Mr. Kamberger is advised that the proper respondent to a habeas petition is the "person who has custody over [the petitioner]." 28 U.S.C. § 2242; see also § 2243; *Brittingham v. United States*, 982 F.2d 378 (9th Cir. 1992); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989). Mr. Kamberger is presently confined at the Monroe Correctional Complex – MSU and therefore, his custodian is Superintendent Scott Frakes.

With regard to the filing of briefs, Mr. Kamberger should review the Order Directing Service signed by the Court on July 6, 2011. ECF No. 9. That Order sets out the briefing schedule for the parties.

ORDER - 1

1     The Clerk is directed to send a copy of the Service Order to Petitioner and copies of this Order to Petitioner and counsel for Respondent.

**DATED** this  25th  day of July, 2011.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2